IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON MICHAEL LEWIS                                                           PLAINTIFF
ADC #151373

VS.                             No. 5:18CV00218-BRW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al.*                                  DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Defendant Kelley and Stephens' motion for summary judgment (Doc. No. 13) is DENIED.

IT IS SO ORDERED this 10th day of September, 2019.


                                                Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE